# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARTRAK INFORMATION TECHNOLOGIES, LLC, | |
| *Plaintiff,* | C.A. No. 13-CV-1183-LPS-CJB |
| *v.* | |
| INTERNATIONAL TELEMATICS CORPORATION, | |
| *Defendant.* | |

## CONSENT ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate confidential agreement ("Settlement Agreement"), the Plaintiff, StarTrak Information Technologies, LLC ("StarTrak") and Defendant International Telematics Corporation ("ITC" and, together, the "Parties") have agreed to settle, adjust, and compromise all claims and counterclaims between them in the above-captioned action. The Parties, therefore, stipulate and agree, subject to the approval of the Court, that all claims and all counterclaims in this action are hereby dismissed with prejudice.

The Court shall retain jurisdiction to interpret and enforce the terms of this Order and the terms of the Settlement Agreement. Each party shall bear its own costs and attorneys' fees.

Date: August 4, 2016

| | |
|---|---|
| DRINKER, BIDDLE & REATH LLP | PROCTOR HEYMAN ENERIO LLP |
| /s/ Jeffrey L. Eichen_____ | /s/ Dominick T. Gattuso_____ |
| Jeffrey L. Eichen (#5331) | Dominick T. Gattuso (#3630) |
| 222 Delaware Avenue, Suite 1410 | 300 Delaware Avenue, Suite 200 |
| Wilmington, DE 19801-1254 | Wilmington, DE 19801 |
| (302) 467-4200 | (302) 472-7300 |
| Jeff.Eichen@dbr.com | dgattuso@proctorheyman.com |

*Of Counsel:*

*Attorneys for Plaintiff*
*StarTrak Information Technologies, LLC*

Edmund J. Ferdinand, III
FERDINAND IP, LLC
24 IP Law Group
129 Post Road East
Westport, CT 06880

*Attorneys for Defendant*
*International Telematics Corporation*

SO ORDERED, this \_\_\_ day of August, 2016.

_____
LEONARD P. STARK, U.S.D.J.